IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RODNEY R RICHLEY II

Defendant.

: CRIMINAL NO: 3:07-CR-102
: JUDGE RICE

### ORDER TO SUBSTITUTE VICTIM FOR PURPOSES OF RESTITUTION

Upon motion of the government, IT IS HEREBY ORDERED that Gayle Burtsfield be substituted as a victim for Burtsfield Foods, Inc. in the above referenced case.

IT IS FURTHER ORDERED that all current and future restitution payments due to Burtsfield Foods, Inc. be made payable to Gayle Burtsfield.

**IT IS HEREBY ORDERED**.

_____
UNITED STATES DISTRICT JUDGE